Certificate of Service with Summons  filed heretofore respectively in related Causes of Action  with Subsequent Harms , , docket no 24-3102,  ,  22-cv-01179 ,  22-cv-01176, 21-1942,  21-05176, 19-,4754, .   24-1187, 23-4076, 3;23-cv-02870 , 19-cv-2919, 19-4756  22-3358, , 19-4168 ,  Wherein Venues have Motions To Reopen Cases  on Standing of Consumer Protection Statutes ,  (see CFPB  v. Wells Fargo N.A. Et  al ,  DOJ.  v. Wells Fargo, ,  & Co. et al ),  ( see



UNITED STATES DISTRICT COURT

COMPLAINT

Livia M.  Scotto  et al

Plaintiff et al,

v,

28 U.S.CS. SS  1357
28 U.S.C.S  S 353. 6, ,9.1.  S. 246.  247, 245.
""  AGENCY '''  ACCOUNTING  FRAUD
28 USCS  SS 1.01 Thru  ss 8.14.
FRAUDULENT AND DECEPTIVE    CORPORATE AGENCY
QUASI CONTRACT FRAUD, IILEGALITY  COLLECTIONS
FRAUD , DURESS    LIABILITY  CUL[ABILITY
(see  Restatement of Law .  Torts 1st , 2nd , 3rd , , 4th , of Torts  )

Wells Fargo  & Co. et al , United States Department of Education et al
 , (dba) Student  Aid .gov,  Agency Counsel of Record  Filed  Heretofore, With Summons Subpoena , U.S. Treasury Fiscal  Services et al,
County of Maui Corporation Counsel , of Honolulu  et al
Wyndham et al A.R.R. et al,  Barclays  PLC et al Barclays De. Et al CitiBank, N.A.  et al
Smith Gambrell Russell Int et al,  Barclays De et al .ECMC et al  Zions Bank, et al
 Union Bank Trust et al  ASAP Bank , Nelnet et al . Willam Munn  Michael , Dunlap et al  University of Hawaii et al , Maui Community College et al , Jonathan Beatty Trust  et al , AON MENRA II Re. BERMUDA,  VIRGIN IS. CAYMAN  MIAMI , FL State Farm Florida Insurance Co. et al ,  Winter Haven Florida et al I . AON North America et al Conyer  et al , State Farm Insurance Companies  Hawaii  et al , AON  et al , Tokio Marine Ins. Group et al , Pentagon Federal Credit Union , et al NCUA , e3t al , Bank of Hawaii et al Credit Suisse et al  County of Maui , Corporation Counsel et al , And All Other Additional Defendants Filed Heretofore  and Counsel of Record et al

I, Livia M, Scotto do hereby attest under penalty on Oath Sworn Affidavit Statement In Embedded in Complaint, , Notice of Summons  filed with  on this date of 23. May . 2025, have Served Notice  . by Electronic format.

Livia M. Scotto
2710 Golf Heights Circle
Valrico, Florida 33596
liviamscotto1@outlook.com
 813.689.8726
813.708.2038

 Outlook

**Fw: Motion TO REOPEN CASE 24-3102, 24-ps-03000**

**From** Livia Scotto <liviamscotto1@outlook.com>
**Date** Fri 6/6/2025 12:36 PM
**To** clerk@ned.uscourts.cov <clerk@ned.uscourts.cov>
**Cc** Rossiter@ned.uscourts.gov <rossiter@ned.uscourts.gov>

---

**From:** Livia Scotto <liviamscotto1@outlook.com>
**Sent:** Wednesday, June 4, 2025 1:08 PM
**To:** clerk@ned.uscourts.gov <clerk@ned.uscourts.gov>
**Subject:** Motion TO REOPEN CASE 24-3102

---

**From:** Livia Scotto <liviamscotto1@outlook.com>
**Sent:** Friday, May 23, 2025 12:13 PM
**To:** U.S. Department of Education <noreply@studentaid.gov>
**Subject:** Re: Collections on your defaulted loan are resuming.

I formerly charge Agency withNotice To Cease and Desist , Fraud . . Default is Null and Void On several filings on Loan Diversions unauthorized use Data Breach, Fraud Identity Theft Wire Fraud , Bank Disgorgements , Illegal Assets , Other Robberies reoccurances , in Cargo Shipping with Culpability of Agency in Fact, of my data University Hawaii Negligence Premise Liability, , other accidents on Campus loans to date have been proven unreceived, I Served process to Agency and To Venue , Banks all in Certificate of Service with Summons filed heretofore respectively in related Causes of Action with Subsequent Harms , , docket no 24-3102, , 22-cv-01179 , 22-cv-01176, 21-1942, 21-05176, 19-,4754, . 24-1187, 23-4076, 3;23-cv-02870 , 19-cv-2919, 19-4756 22-3358, , 19-4168 , Wherein Venues have Motions To Reopen Cases on Standing of Consumer Protection Statutes , (see CFPB v. Wells Fargo N.A. Et al , DOJ. v. Wells Fargo, , & Co. et al ), ( see

UNITED STATES DISTRICT COURT

COMPLAINT

Livia M. Scotto  et al

28 U.S.CS. SS  1357
28 U.S.C.S  S 353. 6, ,9.1. S. 246. 247, 245.

Plaintiff et al,

"" AGENCY "' ACCOUNTING  FRAUD
28 USCS  SS 1.01  Thru  ss 8.14.

v,

FRAUDULENT AND DECEPTIVE   CORPORATE AGENCY

QUASI CONTRACT FRAUD, IILEGALITY  COLLECTIONS
FRAUD , DURESS    LIABILITY CUL[ABILITY

(see  Restatement of Law . Torts 1st , 2nd , 3rd , , 4th , of Torts  )

Wells Fargo  & Co. et al , United States Department of Education et al
, (dba) Student  Aid .gov,  Agency Counsel of Record  Filed  Heretofore, With Summons Subpoena , U.S.
Treasury Fiscal  Services et al,
County of Maui Corporation Counsel , of Honolulu  et al
Wyndham et al A.R.R. et al,  Barclays  PLC et al Barclays De. Et al CitiBank, N.A.  et al
Smith Gambrell Russell Int et al,  Barclays De et al .ECMC et al  Zions Bank, et al
  Union Bank Trust et al  ASAP Bank  , Nelnet et al . Willam Munn  Michael , Dunlap et al  University of
Hawaii et al , Maui Community College et al , Jonathan Beatty Trust  et al , AON MENRA II Re.
BERMUDA,  VIRGIN IS. CAYMAN  MIAMI , FL State Farm Florida Insurance Co. et al ,  Winter Haven
Florida et al I . AON North America et al Conyer  et al , State Farm Insurance Companies  Hawaii  et al ,
AON  et al , Tokio Marine Ins. Group et al , Pentagon Federal Credit Union , et al NCUA , e3t al , Bank of
Hawaii et al Credit Suisse et al  County of Maui , Corporation Counsel et al , And All Other Additional
Defendants Filed Heretofore  and Counsel of Record et al


I, Livia M, Scotto do hereby attest under penalty on Oath Sworn Affidavit Statement In Embedded in
Complaint, , Notice of  Summons  filed with   on this date of 23. May . 2025, have  Served Notice  . by
Electronic format.


Livia M. Scotto
2710 Golf Heights Circle
Valrico, Florida 33596
liviamscotto1@outlook.com
 813.689.8726
813.708.2038

---

**From:** Livia Scotto <liviamscotto1@outlook.com>
**Sent:** Thursday, May 22, 2025 12:31 PM
**To:** U.S. Department of Education <noreply@studentaid.gov>
**Subject:** Re: Collections on your defaulted loan are resuming.

This is an illegal collection , I didn't receive loan , Notice of Action , filing  law suit ,Service of Process ,

---

**From:** noreply@studentaid.gov <noreply@studentaid.gov> on behalf of U.S. Department of Education
<noreply@studentaid.gov>
**Sent:** Wednesday, May 21, 2025 2:26 PM
**To:** liviamscotto1@outlook.com <liviamscotto1@outlook.com>
**Subject:** Collections on your defaulted loan are resuming.

<u>Click here to view this email as a web page.</u>

 Outlook

---

**Motion To Reopen Case 4;25-ps-03000 Assign Counsel**

---

**From** Livia Scotto <liviamscotto1@outlook.com>

**Date** Fri 6/6/2025 12:34 PM

**To**    clerk@ned.uscourts.gov <clerk@ned.uscourts.gov>

**Cc**    bataillon@ned.uscourts.gov <bataillon@ned.uscourts.gov>

---

On Standing, of 28 U.S.C.S. SS1 thru 326. , Filed Moton For Bill of Discovery, Before Dismissal of All Cases, This, Venue Failed To Provide Forum On Necessity With Evidence In Police Reports of Assaults , Venue , Your Pro Se office clerk Denied my Right to Trial Failed to Order Letters Rogatory , On Basis OF Filing of Order To SHOW CAUSE I, Livia M. Scotto Plaintiff , with Right Under EAJA Act , Full Faith Credit Act under the Rule of Law ,,Federal Practice Rules of Evidence on several dates filed Heretofore did File Clear Concise Motion To Reopen Case , Assign New Case Docket No, Motion For Assignment of Pro Bono Appointed Counsel , Or Bench Bar Counsel by The Venue , as I filed in IFP, and on Hearsay of Agency Have Redress to File Against Unlawful IILEGAL COLLECTION OF Student Loans unauthorized furthermore with Reoccurring Subsequent Punitive Harms by " Actors '" of County . State, Federal, Used ECMC , NELNET , Other Collections now reinforced , wherein I didn't Incur Loans Nor Sign Loan Authorization , O.S. Dept of Education, Treasury Fiscal, has already debited my Accounts, with , Agencies Law Firms Contracted under Unfair Debt Sheild Law firms as debt collectors have already commingled my Bank Accounts Dunnings Illegal Collections using Fraudulent Deceptive Business Practice's , Cause In Fact of Economic Harms, Robberies of My Property,

I formerly file Order To Impeach Remove Your Prescinding Over Any Complaint , Pleading Statement Document Motion Exhibits as you Clearly have Discriminatory Biased Corruption On Your Judicial Code of Professional Conduct , Ethics History has Prejudiced, my cases filed heretofore. Costs , expenses , Recovery should be Charged under your Salary, for throwing out cases such as mine wherein My Standing in Laws of Restatement of law of Torts 1st, 2 nd, 3rd, ,4th of Torts In Laws In The Courts Are Herein,

I, Livia M. Scotto do Hereby Swear that I having Standing to File Leave To Reopen Cases Heretofore File Motion To File New Case with Attorney , Law Firm , On Standing That with Counsel , I would have Prevailed , furthermore in the period of my earlier filings under Covid Suspension , I did file new cases on New Complaints Filed with Appeal with Notice To U,S,DC, NE , with Notice of Appeal To U.S. Court of Appeal For New Trial , Removal of Judges Kopf and Other En Banc Appeals Panel, U.S.COURT APPEALS , Mo , respectively and also was Dismissed With IILEGALITY, without Due Process wherein In Jurisdictions ,of these Entities Do Business, In this Federal Jurisdiction , Joinedly and In Severalty Strict Absolute Liability for Assaults , Robberies Pilferages Assets illegally taken , with Mens Rea , other dangerous attacks by abnormally dangerous attack dogs , wherein Police Reports have Evidence I , filed for Introduction to Be In Record Under the Bill, of Discovery Subpoena Summons for such Records production of The Record your Chambers Staff Attorneys Clerks have denied my Right of Procedure For Jury Trial to Further Additional Impute Upon My Health , Accumulative With Unendurable sufferings of flash backs of assaults that my sister and family , my greyhounds , Afghans Gran Pyrenean puppies watched thru horrors of my several nervous breakdowns with Torturous interferences , in Contracts with Veterinarians Specialty , Self Dealing Using Stem Cell Cloning Without Our Consent wherein Dogs expired and were killed by other actors to recover the dba to replicate without anesthesia    Mars , Blue Pearl Inc, Other Misrepresentations of Puppy Mill. Leaches of Society , Using Puppy Adoption Scheme's to Unjust enrichment of My Breeding Sires Gran Dame un neutered for Seal Dealing denying a me of income from my own Goods Owned in Proprietary right recollection's of criminal assaults

*Ltrs/8/*

,Traumatic Emotionally Intentional Inflictions of Harms , Undue Pain Suffering Intentional as These Facts were in Exhibits as Sketches , That were Filed With Motions to Produce The Records with Exhibits , another Procedural Error Concealed as this venues had evidenced Knowledge of Article X , 1001, 1002, 1003 ,1004, OF the Federal Ruled of evidence , Motions For Surety Bond and are Noticed with Certificates of Service Return Proof of Service , To File New Case

Filed On this date of 6.June . 2025 at 12;19 pm est. By electronic format
June . 6. 2025, On Standing Of The Predominance Of Proof Evidence Filed In Proper Motion To Subpoenas , Ex Parte Duces Tecum Warrants Heretofore Filed With U.S.D.O.J. Other Consumer Protection Agencies With Order To Show Cause,
 Summons Served Upon Counsel Of Record with Certificate of Service
Motion TO Order All Records , Motion For Fidelity , Security , Surety Bond,
Motion For Bond For Attorneys Fees Costs as I a Law Student should be Awarded , as I was Severely Ill while unendurably composing countless complaints for filing that my attorneys in fact failed to file with Lawyer Deceit , Legal malpractice Contract , Fraud Breach Of Contract
Motion To Reopen Cases , Motion to Appoint Counsel, Under 42 U,S,C,S, 2000 e c.jf ) A I B As content of case is Under Employment Law , Sexual Harassment , ASSAULTS PROVEN IN POLICE REPORTS ,Venue failed to Produce In the Production of The Documents , Filed with Bill of Discovery ,
I, Livia M, Scotto do attest on Sworn statements heretofore filed that I have served defendants by Public Electronic Simple Publicity email , facsimile served with civil suit certificate of service to counsel of record registered agent , in fact , on several dates in electronic data proven as traceable tangible receipt s with date time stamps of such delivery to corporate counsel reinsurance companies for Pecuniary Hedonic Harms Damages Suffered by Cause In Fact of Defendants et al Compulsatory Compensatory Damages Do Herby Move The Court to Vacate Dismissal Reopen Case Return my Records , Exhibits Complaints Documents Filed in All Cases Filed Heretofore Inclusive of Appellate Venues Records , On Standing Of venues Discriminatory Practice Racial, Culturally Biased Judicial Practice Against the Plaintiff Appellant
Please refer to Chief judge of Court

Livia M, Scotto
2710 Golf Heights Circle
Valrico, Florida 33596
813.689.8726

**From:** Livia Scotto <liviamscotto1@outlook.com>
**Sent:** Wednesday, June 4, 2025 1:08 PM
**To:** clerk@ned.uscourts.gov <clerk@ned.uscourts.gov>
**Subject:** Motion TO REOPEN CASE 24-3102

**From:** Livia Scotto <liviamscotto1@outlook.com>
**Sent:** Friday, May 23, 2025 12:13 PM
**To:** U.S. Department of Education <noreply@studentaid.gov>
**Subject:** Re: Collections on your defaulted loan are resuming.

I formerly charge Agency withNotice To Cease and Desist , Fraud . . Default is Null and Void On several filings on Loan Diversions unauthorized use Data Breach, Fraud Identity Theft Wire Fraud , Bank Disgorgements , Illegal Assets , Other Robberies reoccurances , in Cargo Shipping with Culpability of Agency in Fact, of my data University Hawaii Negligence Premise Liability, , other accidents on Campus loans to date have been proven unreceived, I Served process to Agency and To Venue , Banks all in

*[handwritten: MOTION TO ORDER RECORDS]*
*[handwritten: MOTION TO WAVIER COPY FEES & COSTS]*
*[handwritten: Copies OF CASES,]*
*[handwritten: See 2nd Page 2]*
*[handwritten: For Additional cases]*
*[handwritten: docket no, to be open]*
*[handwritten: 1044 p...]*

**From:** Paed Recordsrequest
**Sent:** Thursday, November 21, 2024 11:16 AM
**To:** Livia Scotto
**Subject:** RE: 22-cv-01179, 22-cv01176

Livia Scotto

We received your request for **documents** in Case # 22-CV-1179. The fee for the documents you requested is $71.20. The only persons or agencies that receive documents or services for free of charge are federal employees and federal agencies that are under the judiciary branch. We cannot mail the documents until the fee is received. Pro Se and Motion to Proceed in Forma Pauperis filers are also required to pay the fee, unless there is a specific order from the judge. The cost for copy work is $0.10 *per page* and Certified copy work is $12.00 per document *plus the cost of copy work.*

Please make your check payable to **"Clerk, U.S. District Court"** and mail to

CLERK OF COURT
2609 U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106

**Please send this letter with your payment. Thank you**

If you wish to have documents sent via email, please include the desired email address with your payment.

Please be aware that if you request documents sent via email, you will **NOT** also receive physical documents in the mail unless you pay for them as well.

Sincerely,
Patrick McLaughlin
Correspondence Clerk
2609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
(267) 299-7146

****This email address is not an accepted method to submit documents for filing. Please visit the court's website for filing instructions Eastern District of Pennsylvania | United States District Court (uscourts.gov)****

**From:** Livia Scotto <liviamscotto1@outlook.com>
**Sent:** Thursday, November 21, 2024 10:07 AM
**To:** Paed Recordsrequest <Paed_Recordsrequest@paed.uscourts.gov>
**Subject:** 22-cv-01179, 22-cv01176

**From:** Livia Scotto <liviamscotto1@outlook.com>
**Sent:** Thursday, May 22, 2025 12:31 PM
**To:** U.S. Department of Education <noreply@studentaid.gov>
**Subject:** Re: Collections on your defaulted loan are resuming.

This is an illegal collection , I didn't receive loan , Notice of Action , filing  law suit ,Service of Process ,

**From:** noreply@studentaid.gov <noreply@studentaid.gov> on behalf of U.S. Department of Education
<noreply@studentaid.gov>
**Sent:** Wednesday, May 21, 2025 2:26 PM
**To:** liviamscotto1@outlook.com <liviamscotto1@outlook.com>
**Subject:** Collections on your defaulted loan are resuming.

<u>Click here to view this email as a web page.</u>

# Collections on Your Defaulted
# Student Loan Are Resuming

Dear Livia,

Collections on defaulted federal student loans are resuming. This
means that your tax refund or other federal benefits may be withheld.
Later this summer, your employer may also be required to withhold a
portion of your pay until you begin to repay your defaulted federal
student loan.

If you haven't already done so, contact the Default Resolution Group
immediately at 1-800-621-3115 to discuss options to get out of
default. You can also visit myeddebt.ed.gov to learn more about
getting out of default.

PAED_'clerksoffice@paed:us

**CAUTION - EXTERNAL:**

In the Matter  noted in subject, re;   22-cv-01179 ,  22-cv- 1176  , and  22-cv-01176 , 19 -cv-4754,  19 -4168 , 22-3358,  and all other  cases  filed in the edpa, U.S.Court Appeals for the Third Circuit , 601 Market St Phil, PA. 19106 of requesting records documents exhibits filed  heretofore on  hard copy , this  is to inform your records clerk to send  to plaintiff , counsel of record , as fees were in EAJA on address  Livia M. Scotto  2710 golf heights circle Valrico FL. 33596
Respectively filed heretofore  in writing to venue .
Livia M. Scotto
2710 Golf Heights Circle Valrico Florida  33596

Sent from Mail for Windows
9
**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Sign up for text alerts to stay updated on our grant programs, loan forgiveness programs, repayment plans, and information about your loans.

This email was sent by: Office of Federal Student Aid

U.S. Department of Education

400 Maryland Ave. SW,

Washington, DC. 20002, US

Please do not reply to this email. Messages sent to this email address are not monitored. If you wish to contact us, please use the StudentAid.gov contact page. For more information about financial aid, visit StudentAid.gov.



CHRISTMAS

TAMPA FL
SAINT PETERSBURG
13 JUN 2025 PM

19106-172999

U.S.D.C. ED FA
U.S. COURTHOUSE (26029)
FAED - CLERK OF COURT.
601 MARKET ST.
PHILADELPHIA, PA. 19106

Carmela Sciabarra
2710 Golf Heights Cir
Valrico, FL 33596