## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LIVIA M. SCOTTO,** | : | |
|     **Plaintiff,** | : | |
| | : | |
|     v. | : | **CIVIL ACTION NO. 25-CV-3117** |
| | : | |
| **WELLS FARGO & CO.,** *et al.*, | : | |
|     **Defendants.** | : | |

### ORDER

AND NOW, this 8th day of September, 2025, upon consideration of Plaintiff Livia M. Scotto's *pro se* Amended Complaint (ECF No. 9), and Exhibits (ECF No. 10), it is **ORDERED** that:

    1.    The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

    2.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                **BY THE COURT:**

                                **S/ WENDY BEETLESTONE**

                                **WENDY BEETLESTONE, C.J.**